In the Matter of the Claim of CHARLES EARL, Respondent, against DAVIS BOX TOE CO., INC., and STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of Mrs. HELEN BAK, Respondent, against N. KOTOK FISH DISTRIBUTOR, Respondent, and HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of JOSEPH COSTABILE, Respondent, against BOWERY SAVINGS BANK and THE ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application for Benefits under Article 18 of the Labor Law Made by RICHARD JOHN SEIBERT, Claimant. THE BUFFALO EVENING NEWS, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

MOHAWK NATIONAL BANK OF SCHENECTADY, N. Y., Respondent, v. WILLARD J. GRANDE, WILLIAM ELLIS GILMOUR, ADELINE C. WRIGHT (Formerly ADELINE C. GILMOUR), Appellants, Impleaded with STEPHEN J. CARHARDT, Defendant.— Appeal from a deficiency judgment in a mortgage foreclosure. The referee heard the witnesses, viewed the property, and was better qualified to determine values than the Appellate Division. [See post, p. 1019.] Hill, P. J., Crapser and Bliss, JJ., concur; Heffernan and Schenck, JJ., dissent and vote to modify the judgment on the law and facts so as to award plaintiff a deficiency for $3,497.88 and as so modified to affirm, without costs. In our opinion the value of the mortgaged property at the time of the sale was $20,000.